UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Marine Office of America Corp.
v.
Federal Express, et al

CASE NUMBER: 98-2280(HL)

| MOTION | ORDER |
|---|---|
| Date Filed: 9.24.99   Docket # 12<br>[ ] Plffs  [x] Defts  [ ] Other<br>Title: Motion to submit exhibit to Fedex's motion for summary judgment | Granted. The Court shall consider the attached exhibit C as part of Fedex's motion for summary judgment. |

| MOTION | ORDER |
|---|---|
| Date Filed: 9.30.99   Docket # 13<br>[x] Plffs  [ ] Defts  [ ] Other<br>Title: Motion for leave to reply | Granted. The Clerk shall enter Plaintiff's tendered reply to Defendant's opposition to Plaintiff's motion for partial summary judgment. |

| MOTION | ORDER |
|---|---|
| Date Filed: 10.6.99   Docket # 15<br>[x] Plffs  [x] Defts  [ ] Other<br>Title: Stipulation | Granted and approved. The Clerk shall enter Fedex's tendered Response and Sur-Reply, which was tendered on November 30, 1999. |

| MOTION | ORDER |
|---|---|
| Date Filed: 12.16.99   Docket # 16<br>[ ] Plffs  [x] Defts  [ ] Other<br>Title: Motion to submit additional exhibit | Granted. The Court shall consider the attached agreement as exhibit E to Fedex's Response and Sur-Reply. |

| MOTION | ORDER |
|---|---|
| Date Filed: 12.30.99   Docket # 17<br>[x] Plffs  [ ] Defts  [ ] Other<br>Title: Motion to submit additional exhibits | Granted. The Court shall consider the attached addenda to the agreement. |

Date 1-31-00

HECTOR M. LAFFITTE
Chief U.S. District Judge


