UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Marine Office of America Corp.
    v.
Federal Express, et al

CASE NUMBER: 98-2280(HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 3.17.00  **Docket # 21**<br>[x] Plffs  [ ] Defts  [ ] Other<br>**Title:** Motion requesting settlement conference | Granted. A settlement conference shall be held before the undersigned on **April 3, 2000**, at 4:00 p.m. The Court **orders** the parties to meet prior to the conference to engage in a good faith attempt to negotiate a settlement. The Court further **orders** the parties to have their principals available by phone during the settlement conference of April 3, 2000. |

Date 3/20/00

HECTOR M. LAFFITTE
Chief U.S. District Judge

