UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Marine Office of America Corp.
v.
Federal Express, et al

CASE NUMBER: 98-2280(HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 4.24.00   **Docket #** 24<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other**<br>**Title:** Informative motion | Granted. The pretrial conference scheduled for April 27, 2000, and the jury trial scheduled for May 15, 2000, are hereby set aside.<br>    The parties shall have until **May 19, 2000**, to file final settlement papers. |

Date 4/26/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


