## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Marine Office of America Corp.
v.
Federal Express, et al

**CASE NUMBER: 98-2280(HL)**

| MOTION | ORDER |
|---|---|
| Date Filed: 5.26.00    Docket # 26<br>[x] Plffs  [x] Defts  [ ] Other<br>Title: Stipulation of dismissal | Granted and approved. Judgment shall be entered accordingly. |

Date 5/30/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


