# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Marine Office of America Corp.
      v.         **CASE NUMBER: 98-2280(HL)**
Federal Express, et al

## JUDGMENT

The Court having approved the parties' stipulation of dismissal, judgment is hereby entered dismissing this case with prejudice and without costs or attorney's fees.

**HECTOR M. LAFFITTE**
**DATE**        Chief U.S. District Judge


